IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **EVERTON WHITELY,** | 2:16-cv-1534-KJM-EFB P |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| **CDCR, et al.,** | |
| Defendants. | |

Good cause having been shown, Defendant Baker is granted a one-day extension of time nunc pro tunc, to submit verifications to Plaintiff as ordered by the Court's June 28, 2018 Order (ECF No. 34).

**IT IS SO ORDERED.**

Dated: July 16, 2018

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

SA2017304510
13157361

[Proposed] Order (2:16-cv-1534-EFB P)