UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERTON WHITELY,<br><br>        Plaintiff,<br><br>    v.<br><br>CDCR, et al.,<br><br>        Defendants. | No. 2:16-cv-1534-KJM-EFB P<br><br>ORDER |

      Plaintiff, a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983, has filed a motion to compel production of documents. ECF No. 25. Defendants timely filed an opposition to the motion. ECF No. 29. Plaintiff did not timely file a reply brief, *see* Local Rule 230(*l*), but on June 4, 2018, filed what captioned as a "response to opposition" wherein he asks the court's permission to file a late reply. ECF No. 32. Plaintiff states that he should be given leave to do so because, on March 9, 2018, he was placed into administrative segregation and his property – including his legal documents - was confiscated. *Id.* at 2. Plaintiff was subsequently transferred to a different institution (R.J. Donovan Correctional Facility) and, upon arrival, was told that the property officer was on leave. *Id.* at 3. The motion does not specify when plaintiff recovered his property, nor does it propose a date by which a reply would be filed.

/////

1

1  In light of the foregoing, plaintiff is granted additional time to file a reply.  He shall file
2  his reply within twenty-one (21) days of the date of this order.  If he fails to do so, the matter will
3  be deemed submitted and no further pleadings will be considered.
4  So Ordered.
5  DATED:  July 19, 2018.
6  EDMUND F. BRENNAN
   UNITED STATES MAGISTRATE JUDGE