UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EVERTON WHITELY,                                    No. 2:16-cv-1534-KJM-EFB P

             Plaintiff,

     v.                                            ORDER

CDCR, et al.,

             Defendants.

       Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

U.S.C. § 1983. He requests an extension of time to file his opposition to defendants' August 27,

2018 motion for summary judgment.

       Plaintiff's request (ECF No. 40) is granted and plaintiff has 45 days from the date this

order is served to file his opposition.

       So ordered.

DATED: September 26, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE