IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **EVERTON WHITELY,** | 2:16-cv-1534-KJM-EFB P |
| Plaintiff, | **[PROPOSED]** ORDER |
| v. | |
| **CDCR, et al.,** | |
| Defendants. | |

Good cause having been shown, Defendants are granted a 23-day extension of time nunc pro tunc, until December 7, 2018, to file a reply to Plaintiff's opposition to Defendants' motion for summary judgment.

**IT IS SO ORDERED.**

DATED: December 4, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE